UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COACH SERVICES, INC., | No. CV 10-2326-JST |
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| YNM, INC., et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed plaintiff's Motion for Sanctions de novo, including the magistrate judge's report and recommendation.  The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Plaintiff's Motion for Sanctions (Docket No. 27) is granted.

3. The answer of defendant YNM is hereby stricken from the record.

4. Default is hereby entered against defendant YNM.

5. The clerk shall serve this order on all counsel or parties of record.

DATED: February 17, 2011

JOSEPHINE STATON TUCKER
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE