_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 10-2326 JST (PLAx)                         Date:  March 9, 2011
Title:  COACH SERVICES, INC. v. YNM, INC., et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers) **ORDER SETTING HEARING ON ORDER TO SHOW CAUSE RE ENTRY OF DEFAULT**

      On March 2, 2011, the Court issued an Order to Show Cause for failure to file a Memorandum of Contentions of Fact and Law and ordering all counsel to file the document and a separate written response explaining their disregard to the Court's Order on Jury Trial. (Doc. 31.)  As of this date, the Court has not received a Memorandum of Contentions of Fact and Law or any response to the OSC from defendant Young Goon Yoo.

      The Court hereby sets a hearing for **Monday**, **March 14, 2011 at 10:00 a.m.** for Defendant Young Goon Yoo to show cause why the Court should not strike the answer and enter default for the failure to file a Memorandum of Contentions of Fact and Law or to respond to the Court's prior OSC.  Failure to appear at the hearing shall result in the immediate entry of default against Defendant Young Goon Yoo.
`

                                                                              Initials of Preparer:  enm