Brent H. Blakely (SBN 157292)
Cindy Chan (SBN 247495)
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400

FILED
CLERK, U.S. DISTRICT COURT
Issued w/c
JAN - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY a.d.  4/00 A4   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

COACH SERVICES, INC., a Maryland Corporation,

PLAINTIFF(S)

v.

YNM, INC., a Calfornia Corporation dba Y&M; YOUNG GOON YOO, an individual; and DOES 1-10, inclusive

DEFENDANT(S).

CASE NUMBER

CV 10-2326 JST (PLAx)

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of Los Angeles

☐ State of _____, County of _____

I, Cindy Chan                                              hereby state under penalty of perjury that,

1. Judgment for $ 100,000.00   was entered on 5/9/2011   on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Coach Services, Inc.   as Judgment Creditor, and against Y&M, Inc., and Young Goon Yoo to be jointly and   as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central   District of California   are the following sums:
   $ 0.00   accrued interest, computed at 0   % (See note.)
   $ 0.00   accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0   which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Hollywood   , State of California   , this 21st   date of December   , _____.

*[Signature]*
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)          AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION